47 A.3d 1179

**David F. GOULD, III, Petitioner**

**v.**

**The ZONING HEARING BOARD OF BRISTOL BOROUGH, Respondent.**

**Bristol Borough, Intervenor.**

Supreme Court of Pennsylvania.

July 9, 2012.

## ORDER

PER CURIAM.

AND NOW, this 9th day of July, 2012, the Petition for Allowance of Appeal and the Petition for Permission to File Post–Submission Communication are **DENIED**.